UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-10026-JLS-RAO                                              Date: May 02, 2022
Title:  Bernhard Kuhmstedt v. Women.com, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| D. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS**

     On March 30, 2022, the Court issued an order that "Plaintiff shall file an appropriate Motion for Default Judgment no later than April 22, 2022."  (Order, Doc. 16.)  However, to date, Plaintiff has not complied with this Court's order.  Plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for failure to prosecute and abide by this Court's March 30, 2022 order.  Plaintiff shall file a response within five (5) days from the issuance of this Order.  Failure to timely and adequately respond to this Order will result in the immediate dismissal of this case without further notice.

**IT IS SO ORDERED**.

                                                                                    Initials of Deputy Clerk: droj